# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAI CI FU,<br><br>        Petitioner,<br><br>    v.<br><br>THOMAS W. HUSSEY, et al.,<br><br>        Respondents. | Case No. EDCV 15-1336-JVS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that Judgment shall be entered dismissing the action with prejudice.

DATED: November 2, 2015

                                              JAMES V. SELNA
                                              UNITED STATES DISTRICT JUDGE