# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAI CI FU,<br><br>        Petitioner,<br><br>    v.<br><br>THOMAS W. HUSSEY, et al.,<br><br>        Respondents. | Case No. EDCV 15-1336-JVS (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 3, 2015

                                              JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE